UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
TONIA BUSH,                                                 :
                                                            :
                          Plaintiff,                        :    06 Civ. 5529 (PKC)
                                                            :
         -against-                                          :
                                                            :
MITCHELL J. DANZIGER, AURORA DE PENA,                       :    INJUCTION AND
"John Doe", NEW YORK CITY HOUSING                           :    ORDER PROHIBITING
AUTHORITY, MONIQUE NAZARIO,                                 :    CERTAIN ACTIONS
RITA RIZZO, HOWARD FRITZ, "John Doe",                       :    AND DECLARING
KRAUSE MANAGEMENT INC., JOHN                                :    CERTAIN FILINGS TO
VILLANUEVA, "John Doe", MUDANZA a/k/a                       :    BE NULL AND VOID
"John Doe", MIDTOWN MOVING & STORAGE,                       :
INC.,                                                       :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------x

        This Order is entered under the authority of the All Writs Act, 28 U.S.C. § 1651(a), and the inherent powers of the Court and for the reasons set forth in a Memorandum and Order of October 23, 2006.

        From the date hereof until December 31, 2010, plaintiff TONIA BUSH, her agents, employees, and any others acting in concert or participating with her, are HEREBY ENJOINED, BARRED AND PROHIBITED from doing any of the following acts, unless she first applies in writing for permission from the undersigned (or his successor) in accordance with paragraph 6 hereof and said permission is granted in an Order signed by the undersigned (or his successor) and filed with the Clerk of the Court:

        1.     Transmitting or filing any document which purports to create a lien or record of any debt, including, but not limited to, any financing

       statement, UCC-1, security agreement, finance agreement or document permitted to be filed under any provision of Title 19 of N.Y.C.R.R., against (a) Mitchell J. Danziger, Aurora De Pena, "John Doe", New York City Housing Authority, Monique Nazario, Rita Rizzo, Howard Fritz, "John Doe", Kraus (or "Krause") Management Inc., John Villanueva, "John Doe", Mudanza A/K/A"John Doe", Midtown Moving & Storage, Inc. (collectively, the "Defendants") or their officers, directors, employees, agents or attorneys, or (b) any employees, agents or attorneys of the State of New York or its subdivisions, including but not limited to, any judge, clerk, court reporter, employee or agent of any Court or of the New York State Attorney General, or (c) any judge, clerk, court reporter, employee or agent of any Court of the United States of America, including but not limited to, the United States District Court for the Southern District of New York, United States Court of Appeals for the Second Circuit or United States Supreme Court,  or any person acting pursuant to an order of any such Court;

2. Interfering with the property or assets, whether real or personal, of any person or entity covered by the terms of  paragraph 1 hereof, including, but not limited to, by means of any communication asserting that such person or entity is indebted to plaintiff;

3. The filings dated June 20, 2006 and September 22, 2006 of Tonia Annette Bush with the New York Secretary of State naming Mitchell Joel Danziger, Aurora De Pena, John Villanueva and Willie Tomlin as debtors are deemed null and void <u>ab initio</u>. Any lien or record of any debt filed in violation of this Order or the Orders dated August 16, 2006, August 29, 2006, and/or September 21, 2006 is null and void <u>ab initio</u>. The Order of September 21, 2006 remains in full force and effect;

4. The premotion conference requirement is waived for any person who seeks to modify or enforce any provision of this Order;

5. Any application for permission to do an act prohibited by this Order shall be filed with the Clerk of this Court and reference the caption of this action. It shall be accompanied by a copy of this Order, and an affidavit (or sworn declaration under 28 U.S.C. § 1746) describing the actions sought to be taken and annex all documents or drafts of documents; and

6. Plaintiff Tonia Bush is advised that any violation of this Order is punishable as contempt of Court and may result in fines and/or imprisonment.

SO ORDERED.

Dated: New York, New York
October 23, 2006
5:26 P.M.

P. Kevin Castel
United States District Judge